## MERCK & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. November 4, 1903.)

### No. 3,254.

CUSTOMS DUTIES—CLASSIFICATION—CREOLIN-PEARSON—MEDICINAL PREPARA-
TION.

Creolin-Pearson is not a medicinal preparation within the meaning of
Tariff Act July 24, 1897, c. 11, § 1, Schedule A, par. 68, 30 Stat. 154 [U.
S. Comp. St. 1901, p. 1631].

On Application for Review of a Decision of the Board of United
States General Appraisers.

This case relates to so-called Creolin-Pearson, imported at the port of New
York. The collector of customs classified it under the provision for medicinal
preparations in Tariff Act July 24, 1897, c. 11, § 1, Schedule A, par. 68, 30
Stat. 154 [U. S. Comp. St. 1901, p. 1631]. The importers contended that the
article was not a medicinal preparation, and that, being produced from coal tar,
it should have been classified as dutiable under the provision in paragraph
15 of said act (30 Stat. 152 [U. S. Comp. St. 1901, p. 1627]), for "preparations
of coal tar, * * * not medicinal." This contention was overruled by the
Board of General Appraisers. Note G. A. 4,691 (T. D. 12,139) and G. A.
4,989 (T. D. 23,270).

Albert Comstock, for importers.
Charles D. Baker, Asst. U. S. Atty.

HAZEL, District Judge. The decision of the Board of United
States General Appraisers is reversed.